UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT SHELTON,
    Plaintiff,

Case No. 1:11-cv-381
Litkovitz, M.J.

vs.

CITY OF CINCINNATI, et al.,
    Defendants.

**ORDER**

The parties have reached a settlement in this matter following a settlement conference held November 19, 2012.

It is **ORDERED** that this action is **DISMISSED** with prejudice.  It is provided that any of the parties may, upon good cause shown within ninety (90) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED.**

Date: 11/19/2012

Karen L. Litkovitz, Magistrate Judge
United States District Court